# United States District Court
# For the District of Oregon

### Order Granting Petition for Name Change

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance. Petitions for name change filed by the below listed applicants for naturalization are hereby granted:

*See Attached List of Petitions for Name Change*

List 2193

Ordered this 12th day of September 2025.

Stacie F. Beckerman
United States Magistrate Judge



# Oath of Allegiance and Order Granting Request for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form-N647
Internal Form

Date (*mm/dd/yyyy*) 08/26/2025
List No. P00725
This is Page 1 of 4

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**IN RE: NATURALIZATION CEREMONY**

SEP 1 2 2025

### PRESENTATION OF CANDIDATES FOR NATURALIZATION AND NAME CHANGE REQUESTS

**To the Honorable** Stacie F. Beckerman  **Sitting At:** Portland, OR, USA

The individuals listed below have filed applications for naturalization with U.S. Citizenship and Immigration Services (USCIS). USCIS has determined that they are eligible for naturalization and has approved their naturalization applications. Pursuant to section 310(b) of the Immigration and Nationality Act, the Court is authorized to administer the Oath of Allegiance, and upon completion of the administration of the oath, to present each candidate with the Certificate of Naturalization.

Additionally, some candidates have also requested a name change. The requested name change is designated by an * in the 'Name of Applicant' column beneath the applicant's legal name. Accordingly, USCIS is also presenting those requests for name change to the Court for appropriate action.

| No. | Alien Registration No. | Name (*Including Name Change Requested) | Certificate No. |
|-----|------------------------|------------------------------------------|-----------------|
| 1   | 072-600-003            | TRAN, KIM HANG THI                       | 46365213        |
| 2   | 219-844-010            | GRINDLAY MIETES, LOUISE (*O FLAHERTY, LOUISE ) | 46365214 |
| 3   | 067-401-046            | WONG, MEI SZE                            | 46365215        |
| 4   | 039-039-047            | KOTHOOR, VINISHA ANNA                    | 46365216        |
| 5   | 075-957-055            | SARAY, GLORIA                            | 46365217        |
| 6   | 205-623-091            | PADRON, TERESA                           | 46365218        |
| 7   | 208-042-099            | KIM, TAE SU (*KIM, KEVIN TAESU)          | 46365219        |
| 8   | 219-532-107            | ASAN, AHMET TARIK (*ASAN, TARIK )        | 46365220        |

Date (mm/dd/yyyy) __08/26/2025__
List No. __P00725__
This is Page __2__ of __4__

## CONTINUATION SHEET

In the __US District__ Court of __Oregon__ at __Portland__.

| # | A-Number | Name | ID |
|---|---|---|---|
| 9 | 063-646-131 | ABDULLAH, NFN | 46365221 |
| 10 | 219-368-171 | BAZAN ZAVALA, LISANDRO | 46365222 |
| 11 | 204-723-195 | ORTIZ JIMENEZ, JUAN CARLOS | 46365223 |
| 12 | 065-772-198 | TAVERA MARIN, ANDREA | 46365224 |
| 13 | 219-134-204 | KIM, MIN KYUNG (*KIM, MINKYUNG ) | 46365225 |
| 14 | 091-894-254 | CASTANEDA ANAYA, RAYMUNDO | 46365226 |
| 15 | 212-269-268 | PRYSKURI, PAVLO | 46365227 |
| 16 | 204-428-285 | PREBLE, RAQUEL DEL RAZO | 46365228 |
| 17 | 214-151-295 | HAN, YING | 46365229 |
| 18 | 071-716-326 | HASSAN, ABDIRAHMAN MOHAMED | 46365230 |
| 19 | 207-953-415 | LANDA-CORRAL, MAYRA GUADALUPE (*LANDA CORRAL, MAYRA ) | 46365231 |
| 20 | 066-036-443 | TAHA, LAMA WALEED MOHAMED | 46365232 |
| 21 | 067-235-474 | PHAM, NGOC HAN (*PHAM, HAN NGOC) | 46365233 |
| 22 | 231-386-475 | CAMARGO GARCIA, EDDIEL | 46365234 |
| 23 | 060-830-485 | DOAN, BICH NGOC | 46365235 |

Date (mm/dd/yyyy) 08/26/2025
List No. P00725
This is Page 3 of 4

## CONTINUATION SHEET

In the __US District__ Court of __Oregon__ at __Portland__.

| # | A-Number | Name | ID |
|---|---|---|---|
| 24 | 231-288-508 | RIVERA GARCIA, MARIA TERESA | 46365236 |
| 25 | 055-275-535 | IZQUIERDO ALFARO, YESENIA | 46365237 |
| 26 | 096-107-547 | RAMIREZ DE VAZQUEZ, LETICIA | 46365238 |
| 27 | 204-195-552 | AVILA JIMENEZ, ALBA ALEXA | 46365239 |
| 28 | 214-520-592 | ISAEVA, LIUDMILA DMITRIEVNA | 46365240 |
| 29 | 205-188-637 | DUONG, QUE ANH NGOC | 46365241 |
| 30 | 212-858-686 | AL AESA, MOHAMAD HAMOUD | 46365243 |
| 31 | 219-555-686 | PAZ MUNOZ, GERTRUDIS ELENA (*PAZ WARD, ELENA GERTRUDIS) | 46365242 |
| 32 | 219-876-687 | MONALISA, TIURMA NELSY (*KNOEPFFLER, MONALISA HUTASOIT) | 46365244 |
| 33 | 096-107-702 | MARCOS SANTIAGO, ZEFERINA | 46365245 |
| 34 | 205-885-718 | JAIMES GARCIA, EDITH | 46365246 |
| 35 | 213-457-718 | TAGRAOUI, ABDELILAH | 46365247 |
| 36 | 056-804-720 | MORA CENDEJAS, MARISOL | 46365248 |
| 37 | 067-411-738 | DIAZ RODRIGUEZ, JOSUE | 46365249 |
| 38 | 231-376-741 | LE, VY THI TUONG | 46365250 |

Date (mm/dd/yyyy) 08/26/2025
List No. POO725
This is Page 4 of 4

## CONTINUATION SHEET

In the __US District__ Court of __Oregon__ at __Portland__.

| 39 | 207-087-771 * | SUMANO HERNANDEZ, EMMANUEL ALDAHIR (*HERNANDEZ, EMMANUEL ALDAHIR) | 46365251 |
|---|---|---|---|
| 40 | 219-800-828 | ROVELLI LAMBART, BARBARA (*ROVELLI LAMBART, BARBARA SYLVIA) | 46365252 |
| 41 | 216-706-839 | TRAN, TUAN LINH (*TRAN, LINH ) | 46365253 |
| 42 | 206-613-867 | BARISO, SINTEYEHU HAILEMECHAEL | 46365254 |
| 43 | 219-701-884 | MARTIN, TRAVIS DALE KAREEM ALEMBE | 46365255 |
| 44 | 026-910-891 | KOENENKAMP, ROLF FRIEDRICH | 46365256 |
| 45 | 064-983-990 | LAU, SHUK WA BONNIE | 46365257 |

Respectfully Submitted:

_____
Signature of Officer Certifying Eligibility

In the __US District__ Court of __Oregon__ at __Portland__
Each of the candidates listed on List No. __POO725__, sheet(s) __1__ to __4__ dated __08/26/2025__ except for those whose names have been struck from the list, appeared in person at an oath administration ceremony held on __September 12, 2025 9:00 AM__, and having taken the oath of allegiance as prescribed in Section 337 of the Immigration and Nationality Act, was issued the Certificate of Naturalization. The names of those candidates who did not appear and take the oath have been struck from the list and the respective certificates of naturalization returned to USCIS.

s/ Melissa Aubin   9/12/2025
Signature of the Clerk of Court   Date (mm/dd/yyyy)

In conjunction with the administration of the Oath of Allegiance, the requests for name change are hereby granted and it is so ordered.

_____   9/12/2025
Signature of the Judge   Date (mm/dd/yyyy)
Stacie F. Beckerman



# Petition for Name Change
### Department of Homeland Security
### U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
**United States District Court**
**District of Oregon**

A-219844010

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number** lines 1 – 8. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): LOUISE
   - Middle Name:
   - Family Name (Last Name): GRINDLAY MIETES

2. **Mailing Address**
   - Street Number and Name: 4021 NE 7TH AVENUE
   - City or Town: PORTLAND
   - State: OR
   - ZIP Code: 97212

3. Country of Citizenship or Nationality: United Kingdom
4. Date of Birth (mm/dd/yyyy): 01/02/1980
5. Alien Registration Number (A-Number): A-219844010

6. [X] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: LOUISE
   - Middle Name:
   - Last Name: O'FLAHERTY

8. **Signature and Date**
   - Signature of Petition (Use your current name): *[signature]*
   - Date (mm/dd/yyyy): 08/20/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025 (mm/dd/yyyy).

Signature of Clerk: **MELISSA AUBIN**

Signature of Deputy Clerk: *[signature]* S. Behrends

*[Seal: United States District Court, District of Oregon]*

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662

**Name of Court**
United States District Court
District of Oregon

A-208042099

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): TAE
   - Middle Name: SU
   - Family Name (Last Name): KIM

2. **Mailing Address**
   - Street Number and Name: 10295 SW CORMORANT DR
   - City or Town: BEAVERTON
   - State: OR
   - ZIP Code: 97007-8407

3. **Country of Citizenship or Nationality:** Korea, South

4. **Date of Birth (mm/dd/yyyy):** 07/24/1971

5. **Alien Registration Number (A-Number):** A-208042099

6. [X] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: KEVIN
   - Middle Name: TAESU
   - Last Name: KIM

8. **Signature and Date**
   - Signature of Petition (Use your current name): /s/
   - Date (mm/dd/yyyy): 08/18/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025 (mm/dd/yyyy)

MELISSA AUBIN
Signature of Clerk

S. Behrends
Signature of Deputy Clerk

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
**United States District Court**
**District of Oregon**

A-219532107

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): AHMET
   - Middle Name: TARIK
   - Family Name (Last Name): ASAN

2. **Mailing Address**
   - Street Number and Name: 1118 OAK ST
   - City or Town: LAKE OSWEGO
   - State: OR
   - ZIP Code: 97034-4836

3. Country of Citizenship or Nationality: Turkiye

4. Date of Birth (mm/dd/yyyy): 01/17/1990

5. Alien Registration Number (A-Number): A-219532107

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: TARIK
   - Middle Name:
   - Last Name: ASAN

8. **Signature and Date**
   - Signature of Petition (Use your current name): [signature]
   - Date (mm/dd/yyyy): 08/20/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date: 09/12/2025 (mm/dd/yyyy)

Signature of Clerk: **MELISSA AUBIN**

Signature of Deputy Clerk: S. Behrends

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
United States District Court
District of Oregon

A-219134204

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): MIN KYUNG
   - Middle Name:
   - Family Name (Last Name): KIM

2. **Mailing Address**
   - Street Number and Name: 10721 NW GLENMORE WAY
   - City or Town: PORTLAND
   - State: OR
   - ZIP Code: 97229-4064

3. Country of Citizenship or Nationality: Korea, South
4. Date of Birth (mm/dd/yyyy): 02/15/1977
5. Alien Registration Number (A-Number): A-219134204

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: MINKYUNG
   - Middle Name:
   - Last Name: KIM

8. **Signature and Date**
   Signature of Petition (Use your current name)
   Date (mm/dd/yyyy): 08/22/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025

**MELISSA AUBIN**
Signature of Clerk

(mm/dd/yyyy)
Signature of Deputy Clerk

S. Behrends

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change
## Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
United States District Court
District of Oregon

A-207953415

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**

   | Given Name (First Name) | Middle Name | Family Name (Last Name) |
   |---|---|---|
   | MAYRA | GUADALUPE | LANDA-CORRAL |

2. **Mailing Address**

   | Street Number and Name | City or Town | State | ZIP Code |
   |---|---|---|---|
   | 4748 LOWELL AVE NE | KEIZER | OR | 97303-3845 |

3. Country of Citizenship or Nationality: Mexico
4. Date of Birth (mm/dd/yyyy): 11/07/1980
5. Alien Registration Number (A-Number): A-207953415

6. ✓ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

   | First Name | Middle Name | Last Name |
   |---|---|---|
   | MAYRA | | LANDA CORRAL |

8. **Signature and Date**

   Signature of Petition (Use your current name): X Mayra Landa
   Date (mm/dd/yyyy): 8/14/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025 (mm/dd/yyyy)

**MELISSA AUBIN**
Signature of Clerk

S. Behrends
Signature of Deputy Clerk

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



# Petition for Name Change
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form N-662**



**Name of Court**
**United States District Court**
**District of Oregon**

A-067235474

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): NGOC HAN
   - Middle Name:
   - Family Name (Last Name): PHAM

2. **Mailing Address**
   - Street Number and Name: 5175 SW 191ST CT
   - City or Town: BEAVERTON
   - State: OR
   - ZIP Code: 97078-3044

3. Country of Citizenship or Nationality: Vietnam
4. Date of Birth (mm/dd/yyyy): 01/20/1998
5. Alien Registration Number (A-Number): A-067235474

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: HAN
   - Middle Name: NGOC
   - Last Name: PHAM

8. **Signature and Date**
   - Signature of Petition (Use your current name): *HanPham*
   - Date (mm/dd/yyyy): 05/27/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025 (mm/dd/yyyy)

**MELISSA AUBIN**
Signature of Clerk

Signature of Deputy Clerk: *S. Behrends*

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
**United States District Court**
**District of Oregon**

A-219555686

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): GERTRUDIS
   - Middle Name: ELENA
   - Family Name (Last Name): PAZ MUNOZ

2. **Mailing Address**
   - Street Number and Name: 15671 NW RONDOS DR
   - City or Town: PORTLAND
   - State: OR
   - ZIP Code: 97229-8984

3. Country of Citizenship or Nationality: Honduras
4. Date of Birth (mm/dd/yyyy): 07/13/1996
5. Alien Registration Number (A-Number): A-219555686

6. [X] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: Elena
   - Middle Name: Gertrudis
   - Last Name: PAZ WARD

8. **Signature and Date**
   Signature of Petition (Use your current name)
   Date (mm/dd/yyyy): 08/20/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025 (mm/dd/yyyy)

Signature of Clerk: **MELISSA AUBIN**
Signature of Deputy Clerk: S. Behrends

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

**Petition for Name Change**

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
United States District Court
District of Oregon

A-219876687

## Information About You (Petitioner)

As part of the naturalization process. you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

1. Full and Correct Name (Current Name)

    | Given Name (First Name) | Middle Name | Family Name (Last Name) |
    |---|---|---|
    | TIURMA | NELSY | MONALISA |

2. Mailing Address

    | Street Number and Name | City or Town | State | ZIP Code |
    |---|---|---|---|
    | 1280 NE 63RD WAY UNIT 804 | HILLSBORO | OR | 97124-6713 |

3. Country of Citizenship or Nationality: Indonesia
4. Date of Birth (mm/dd/yyyy): 10/31/1980
5. Alien Registration Number (A-Number): A-219876687

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

    | First Name | Middle Name | Last Name |
    |---|---|---|
    | MONALISA | HUTASOIT | KNOEPFFLER |

8. Signature and Date
    Signature of Petition (Use your current name): *Monalisa*
    Date (mm/dd/yyyy): 08/20/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date: 09/12/2025 (mm/dd/yyyy)

**MELISSA AUBIN**
Signature of Clerk

Signature of Deputy Clerk: *S. Behrends*

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16



**Petition for Name Change**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
United States District Court
District of Oregon

A-207087771

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8**. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): EMMANUEL
   - Middle Name: ALDAHIR
   - Family Name (Last Name): SUMANO HERNANDEZ

2. **Mailing Address**
   - Street Number and Name: 16401 SE MARKET ST
   - City or Town: PORTLAND
   - State: OR
   - ZIP Code: 97233-4015

3. Country of Citizenship or Nationality: Mexico
4. Date of Birth (mm/dd/yyyy): 04/12/2002
5. Alien Registration Number (A-Number): A-207087771

6. [X] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: EMMANUEL
   - Middle Name: ALDAHIR
   - Last Name: HERNANDEZ

8. **Signature and Date**
   - Signature of Petition (Use your current name): *[signature]*
   - Date (mm/dd/yyyy): 08/22/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date: 09/12/2025 (mm/dd/yyyy)

**MELISSA AUBIN**
Signature of Clerk

Signature of Deputy Clerk: *S. Behrends*

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

# Petition for Name Change

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
**United States District Court**
**District of Oregon**

A- 219800828

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): BARBARA
   - Middle Name:
   - Family Name (Last Name): ROVELLI LAMBART

2. **Mailing Address**
   - Street Number and Name: 7122 N OATMAN AVE
   - City or Town: PORTLAND
   - State: OR
   - ZIP Code: 97217-5834

3. **Country of Citizenship or Nationality:** Italy

4. **Date of Birth (mm/dd/yyyy):** 10/13/1968

5. **Alien Registration Number (A-Number):** A-219800828

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: BARBARA
   - Middle Name: SYLVIA
   - Last Name: ROVELLI LAMBART

8. **Signature and Date**
   - Signature of Petition (Use your current name): *[signature]*
   - Date (mm/dd/yyyy): 08/20/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025.

**MELISSA AUBIN**
Signature of Clerk

Signature of Deputy Clerk: *[signature]* S. Behrends

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

Case 3:25-mc-01054   Document 1   Filed 09/12/25   Page 16 of 16




# Petition for Name Change
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-662

**Name of Court**
United States District Court
District of Oregon

A-216706839

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number** lines 1 – 8. (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): TUAN
   - Middle Name: LINH
   - Family Name (Last Name): TRAN

2. **Mailing Address**
   - Street Number and Name: 2027 NE BLUE HERON DR
   - City or Town: PORTLAND
   - State: OR
   - ZIP Code: 97211-1680

3. **Country of Citizenship or Nationality:** Vietnam
4. **Date of Birth (mm/dd/yyyy):** 10/25/1991
5. **Alien Registration Number (A-Number):** A-216706839

6. [X] I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:
   - First Name: LINH
   - Middle Name:
   - Last Name: TRAN

8. **Signature and Date**
   Signature of Petition (Use your current name): *[signature]*
   Date (mm/dd/yyyy): 08/20/2025

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 09/12/2025.

**MELISSA AUBIN**
Signature of Clerk

(mm/dd/yyyy)
Signature of Deputy Clerk: *[signature]* S. Behrends

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16